jason@americancourtsurfacing.com (mailto:jason@americancourtsurfacing.com)

(310) 528-1636 (tel:3105281636)



GALLERY

# Color Combinations and Striping Options

We at American Court Surfacing take time to discuss your visions for your court. We help make your ideas a reality, with customizing as our specialty.

Before & After    Basketball    Tennis    Striping

# Before & After











## Basketball Courts

  

  





## Tennis Courts










## Game Court Striping













Home (https://americancourtsurfacing.com/)

Our Services (https://americancourtsurfacing.com/our-services/)

Gallery (https://americancourtsurfacing.com/gallery/)

Products and Suppliers (https://americancourtsurfacing.com/products-and-suppliers/)

Contact Us (https://americancourtsurfacing.com/contact-us/)

📞(tel:3105281636)   ✉(mailto:jason@americancourtsurfacing.com)

© 2021 American Court Surfacing. All Rights Reserved. |
**License #805598**

GODADDY DESIGN SERVICES
(https://www.godaddy.com/websites/web-design)