# California Surfacing
## Services

## COURT RESURFACING & REPAIR



Restores courts to new condition from simple crack repairs to complete surface re installation.

A coating system works well for courts that are faded or have minor cracking prol top of other types of repairs.

We provide professional court striping as per usta and collegiate basketball rules. to provide crisp sharp edges with no bleeding. We can also do custom color stripi

## WATER BLASTING

Old and failing material is removed with 10,000 psi surface removal machines.

This allows for complete renovation from the bottom up. By accessing under the surface we can deal with any underlying foundation issues to build a stronger and more durable longer lasting court.



**CALL US AT:**
**800-522-0234**
**4457 Oak Lane, Claremont CA**
**For A Free Estimate**

**_Click Here To Contact Us_**

Home → | Our Services → | Products → | Photo Gallery → | Get Estimate →