# California Surfacing
## PRODUCTS & SUPPLIERS

### Plexipave and Plexicushion Tennis Court Surfaces
**Advanced acrylic tennis surface systems for indoor and outdoor tennis facilities**



Plexipave and Plexicushion systems are advanced tennis surfacing systems designed to provide players with the highest levels of surface performance for competition and cushioning for safe training.

The Plexipave Color Finish system is an all-weather, durable quick-drying color surfacer that provides superior resistance to deterioration from ultra-violet rays. Plexipave is a 100% acrylic latex color intense sports surface formulated for use over asphalt and concrete.

The Plexicushion System combines the consistent bounce, sure footing and outstanding durability of Plexipave with the innovative, shock-absorbing properties of EPDM rubber cushioning. The result is a tennis surface that dynamically responds to body impact and reduces fatigue on legs, knees, ankles and feet.

The Plexicushion substrate, a special blend of latex, rubber and plastic particles forms a resilient layer that absorbs body shock and reduces muscle fatigue. The 100% acrylic Plexipave surface provides uniform bounce, long lasting color and allows speed of play specification.



System Components Plexipave and Plexicushion are engineered tennis surface systems made up of innovative materials installed according to rigid application specifications. Each layer in the system serves a specific purpose, and contributes to the quality of the finished court.

Textured line paint insures uniform ball bounce.

Highly pigmented finishes allow speed of play specification.
(Available in a popular palette of colors)

Multiple Plexipave acrylic layers for the firm, uniform and durable surface Plexipave and Plexicushion are noted for.

Plexicushion is an enhancement that provides dynamic response to body impact, attenuates foot and leg shock, and reduces fatigue.

A filler undercoat.
The Systems can be installed indoors or outdoors, on asphalt or concrete.
Additional Plexipave products are used for patching, leveling and etching base surfaces.

### Acrylotex
Strategic color selections can help create walkways and pathways to "nudge" desired pedestrian traffic flows. Acylotex decorative pavement is fully pigmented to provide aesthetically pleasing colors that harmonize with surrounding areas.

- Create beautiful patios, walkways, pool decks, steps and driveways that are attractive, practical, protective and economical.
- Durable, slip resistant surface designed to beautify new and existing concrete or asphalt.
- Choose from 9 standard colors or from a wide assortment of custom color combinations.
- Superior adhesion characteristics prevent flaking and peeling on both concrete and asphalt.
- Can be applied over stained concrete surfaces to restore the look without costly replacement.
- Unique color formula makes Acrylotex surface color pigments resistant to fading from UV exposure.
Mildew resistant, non-toxic acrylic will not harm plants or animals.
Acrylotex, an affordable decorative and functional pavement coating for application on asphalt and concrete surfaces. It is much more durable and permanent than pair maintain than pavers and decorative concrete.



### Plexicourt Basketball / Multisport Court Surfaces
Advanced Basketball and Sport surface systems for indoor and outdoor athletic facilities
**Plexicourt** is a high performance basketball court and sport surface system made for both indoor and outdoor use. Incorporating years of sports surface manufacturing advancements in material technology to ensure a safe and comfortable surface, Plexicourt is ideal for both competitive basketball and multisport courts as well as outdo
**Plexicourt's** textured surface design delivers unparalleled grip performance in game play, allowing greater control and safety when jumping and turning in close proxim

### PLEXICOURT PRODUCTS
Plexicourt sport surfaces are ideal for basketball, badminton, volleyball, and netball courts as well as for inline hockey, skate parks, play areas and multi-sport recreational areas. Three distinct textures allow the owner and athlete to select the surface system that best matches their need for traction and abrasion resistance:

### PLEXICOURT LA - Standard texture court surface
Basketball requires excellent slip resistance and durability in high traffic areas. The finer texture provides great surface traction for superior control and pliability. System components include:

- Surface preparations
- Acrylotex MA - to provide a uniform underlayment.
Acrylotex LA - a highly pigmented, UV resistant coating incorporated with a fine textured finish. Ideal for both indoors or outdoors court surfaces.

### PLEXICOURT MA - course texture court surface
Some sports played outdoors such as netball benefit from a more textured surface to provide improved traction and playability in damp conditions. An economic sports applications. System components include:

- Surface preparations
Acrylotex LA - a highly pigmented, UV resistant coating incorporated with a course textured finish

### PLEXICOURT SS - smooth texture court surface
Sports such as volleyball prefer a smoother court surface finish that has minimal abrasion. The finish texture of Plexicourt SS is appropriate for indoor sport facilities an conditions. System components include:

- Surface preparations
- Acrylotex LA / Plexichrome - a highly pigmented, UV resistant coating incorporated with a fine textured finish.

Plexiflor - a reinforced, smooth acrylic coating especially formulated for use over asphalt or concrete.

## PLEXICOURT ADVANTAGES

Plexicourt uniquely combines Plexipave System products to achieve the longevity and playability required for indoor and outdoor have been used for over twenty years by a wide variety of owners on both asphalt and concrete. Dependable performance has

## TRACTION AND FRICTION



Plexicourt provides players and owners the best options to decide traction and abrasion combinations. Smooth surfaces are ideal facilities. Courser textures for favor damp play conditions and where extra athletic surface grip is desired.

## PLEXICOURT COLORS

Color intense Plexicourt is available in twelve popular colors. Excellent ultraviolet light stability keeps your surface bright for years upon request.

[Home]  [Our Services]  [Products]  [Photo Gallery]  [Get Est]