CHRIS ZHEN (State Bar No. 275575)
chris.zhen@zhenlawfirm.com
HOGAN GANSCHOW (State Bar No. 256137)
hogan.ganschow@zhenlawfirm.com
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715

*Attorneys for Plaintiff*
Jason Swofford

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SWOFFORD,<br><br>                Plaintiff,<br><br>vs.<br><br>RICHARD HOTTEL d/b/a California Court Resurfacing; DOES 1-10,<br><br>                Defendants. | Case No.: 2:21-cv-1998<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS      CASE NO.: 2:21-CV-1998

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Signature, Attorney of Record.


Respectfully Submitted,

Dated: March 4, 2021                    ZHEN LAW FIRM


By: */s/ Chris J. Zhen*_____
Chris J. Zhen (State Bar No. 275575)
Hogan Ganschow (State Bar No. 256137)
ZHEN LAW FIRM
5670 Wilshire Blvd #1800
Los Angeles, CA 90036
Telephone: (213) 935-0715
chris.zhen@zhenlawfirm.com
hogan.ganschow@zhenlawfirm.com

*Attorneys for Plaintiff, Jason Swofford*