AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-1998 MWF (JDEx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Richard Hottel d/b/a California Court Resurfacing__
was received by me on *(date)* __3-9-2021__ .

☒ I personally served the summons on the individual at *(place)* __4457 Oak Ln Claremont CA 91711__
on *(date)* __3-14-2021 @8:30PM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __65.00__ for travel and $ __0.00__ for services, for a total of $ __65.00__ .

I declare under penalty of perjury that this information is true.

Date: __3-18-2021__

_____
*Server's signature*

__Michael Rodgers    RPS 833 San Bernardino__
*Printed name and title*

__1015 W Granada Ct Ontario CA 91762__
*Server's address*

Additional information regarding attempted service, etc: