[jason@americancourtsurfacing.com (mailto:jason@americancourtsurfacing.com)](mailto:jason@americancourtsurfacing.com)

(310) 528-1636 (tel:3105281636)



## OUR SERVICES

# At American Court Surfacing, we provide complete court construction services for facilities in Southern California.

| Resurfacing | + |

| Construction | + |
|---|---|
| On-Site Estimate | + |
| Accessories | + |

### Water Blasting

### Tennis Court and Basketball Court Surface Removal With Hydroblasting

Old and failing court surface material is removed with 10,000 psi water blasting surface removal machines.



(https://secureservercdn.net/50.62.195.83/hg9.0b6.myftpupload.com/wp-content/uploads/2020/11/hydroblasting_wide_shot_cfqg.jpg?time=1613780594) (https://secureservercdn.net/50.62.195.83/hg9.0b6.myftpupload.com/wp-content/uploads/2020/11/hydroblasting_tight_shot.jpg?time=1613780594) (https://secureservercdn.net/50.62.195.83/hg9.0b6.myftpupload.com/wp-content/uploads/2020/12/powerwash-1-scaled.jpg?time=1613780594)

Hydroblasting the old surface allows for a complete renovation from the bottom up. By accessing below the surface, we can deal with any underlying foundation issues to build a stronger and more durable, longer-lasting court.

| Striping | + |
|---|---|


(https://americancourtsurfacing.com/)

Home (https://americancourtsurfacing.com/)

Our Services (https://americancourtsurfacing.com/our-services/)

Gallery (https://americancourtsurfacing.com/gallery/)

Products and Suppliers (https://americancourtsurfacing.com/products-and-suppliers/)

Contact Us (https://americancourtsurfacing.com/contact-us/)

📞(tel:3105281636) ✉(mailto:jason@americancourtsurfacing.com)

© 2021 American Court Surfacing. All Rights Reserved. | **License #805598**

(https://www.godaddy.com/websites/web-design)