CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Swofford,<br><br>v.           Plaintiff(s)<br><br>Richard Hottel, et al.,<br><br>Defendant(s). | CASE NUMBER:<br>2:21-cv-01998-MWF (JDEx)<br><br>NOTICE OF<br>MEDIATION DATE |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for  October 28, 2021          at  10:00     ☑ a.m. / ☐ p.m.

**LOCATION:**  Loeb & Loeb LLP, 10100 Santa Monica Bl., #2200, Los Angeles, CA 90067

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** August 6, 2021

**Panel Mediator:** David W. Grace
**Address:** Loeb & Loeb LLP
10100 Santa Monica Bl., #2200
Los Angeles, CA 90067
**Phone:** 310-282-2000