UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JASON SWOFFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICHARD HOTTEL d/b/a California Court Resurfacing; DOES 1-10,<br><br>    Defendants. | Case No. 2:21-cv-01998-MWF (JDEx)<br><br>JOINT NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE CASE; AND REQUEST TO SET ORDER TO SHOW CAUSE HEARING |

TO THE COURT CLERK AND ALL PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS HEREIN:

PLEASE TAKE NOTICE that each of the parties herein, *i.e.*, plaintiff JASON SWOFFORD ("Plaintiff") and defendant RICHARD HOTTEL dba California Surfacing ("Defendant"), reached a conditional settlement of the entire case at a Mediation held on October 28, 2021.  The settlement is a conditional settlement, meaning that the written settlement agreement between the parties conditions dismissal of the entirety of this case with prejudice on the satisfactory completion of specified terms that are not to be fully

30149

performed until approximately sixteen (16) months from today's date.

   Accordingly, Plaintiff and Defendant jointly request that the Court both: (a) vacate the Pretrial Conference date set for April 25, 2022, at 11:00 a.m., and the Trial date set for May 17, 2022, at 8:30 a.m.; and (b) set an Order to Show Cause hearing as to whether this case should be dismissed for a date convenient to the Court's calendar at least six (6) months from today's date.

DATED: November 1, 2021  ZHEN LAW FIRM

            By: _____/s/_____
              Chris J. Zhen
            Attorneys for Plaintiff
            Jason Swofford

DATED: November 1, 2021  SHIELDS LAW OFFICES

            By: _____/s/_____
              Jeffrey W. Shields
              Rick A. Varner
            Attorneys for Defendant
            Richard Hottel dba California Surfacing