| | |
|---|---|
| Chris J. Zhen (SBN 275575) <br> Phone: (213) 935-0715 <br> Email: chris.zhen@zhenlawfirm.com <br> Hogan Ganschow (SBN 256137) <br> Phone: (805) 453-4435 <br> Email: hogan.ganschow@zhenlawfirm.com <br> Zhen Law Firm <br> 5670 Wilshire Blvd, Suite 1800 <br> Los Angeles, CA 90036 <br><br> Attorneys for Plaintiff <br> Jason Swofford | Jeffrey W. Shields, (SBN 109920) <br> Rich A. Varner, (SBN 160403) <br> SHIELDS LAW OFFICES <br> 1920 Main Street, Suite 1160 <br> Irvine, California 92614 <br> (949) 724-7900; Fax (949) 724-7905 <br> E-mail: jeff@shieldslawoffices.com <br><br> Attorneys for Defendant <br> Richard Hottel dba California Surfacing |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JASON SWOFFORD, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD HOTTEL dba California Surfacing; DOES 1-10, <br><br> Defendants | Case No.: 2:21-cv-01998-MWF (JDEx) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

## STIPULATION

This Stipulation is made and entered into between Plaintiff JASON SWOFFORD ("Plaintiff") and Defendant RICHARD HOTTEL, by and through their respective counsel, with reference to the following:

1.   WHEREAS Plaintiff, through his counsel, filed the Complaint in the above-captioned matter on March 4, 2021 naming defendant Richard Hottel.

2.   WHEREAS Plaintiff and Defendant (collectively the "Parties") entered mediation on October 28, 2021. The case was completely settled during mediation. A Notice of Settlement was filed on November 2, 2021 by Defendant.

3.   WHEREAS the Parties have been and are currently executing on the settlement, and desire time for completion of said settlement.

4.   WHEREAS an Order to Show Cause Hearing was scheduled for May 9, 2022. On April 29, 2022, the Hearing was continued to August 15, 2022. The Parties stipulate to continuing the Order to Show Cause Hearing to allow the Parties to complete execution of the settlement. The Parties stipulate to continuing the Hearing for a date convenient to the Court's calendar at least six (6) months from today.

THEREFORE, the Parties desire to enter into this stipulation to continue the Order to Show Cause Hearing to a date convenient to the Court's calendar at least six (6) months from today.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: August 25, 2022     ZHEN LAW FIRM

By:   */s/ Chris J. Zhen*
Chris J. Zhen
Hogan Ganschow
*Attorneys for Plaintiff, Jason Swofford*

Dated: August 25, 2022     SHEILDS LAW OFFICES

By:   */s/ Jeffrey W. Sheilds* (w/ express permission)
Jeffrey W. Shields
Rich A. Varner
*Attorneys for Defendant, Richard Hottel dba California Surfacing*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING
-2-