1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| JASON SWOFFORD,<br><br>      Plaintiff,<br><br>vs.<br><br>RICHARD HOTTEL d/b/a California Surfacing; DOES 1-10,<br><br>      Defendants | Case No.: 2:21-cv-01998-MWF (JDEx)<br><br>**[PROPOSED] ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

      The Parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the Order to Show Cause Hearing be continued to _____.

      **IT IS SO ORDERED.**

Dated: August ____, 2022

                                              _____
                                              Hon. Michael W. Fitzgerald
                                              United States District Judge