JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SWOFFORD,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD HOTTEL dba California Surfacing; DOES 1-10,<br><br>Defendants | Case No.: 2:21-cv-01998-MWF (JDEx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>JUDGE: HON. MICHAEL W. FITZGERALD |

## ORDER

Based on the parties' Joint Stipulation of Dismissal with Prejudice, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice;
2. Each party is to bear its/his own fees and costs; and
3. This Court shall retain jurisdiction over the parties for purposes of enforcing the Settlement Agreement and this Stipulation and Order.

IT IS SO ORDERD.

Dated: January 27, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge